| | | | | | |
|---|---|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ | Yes | ☐ | No |
| (d) Disability or worker's compensation payments | ☐ | Yes | ☐ | No |
| (e) Gifts or inheritances | ☐ | Yes | ☐ | No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☑ | Yes | ☐ | No |
| (g) Any other sources | ☐ | Yes | ☑ | No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I Receive a total of $800.00 a month.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

I pay light bills; water bills and my gas bills. with my Social security. or with my SSI BENIFITS.

4. How much money do you have in cash or in a checking, savings, or inmate account?

$0 IN SAVING ACCOUNT AND CHECKING ACCOUNT.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

Yes. I own a home. fully paid. Automobile has been reposess because could not keep up payment.

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

NO. CAR WAS REPOSESS.

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

NONE.

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

YES. I have debts to pay for phone bills about $ 1200,00 or less, I'm not sure of the amount I have to pay on the car notes home mortgage of which

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| August | Marvin Saunders |
|---|---|
| Dated | Signature |
| Saunders Marvin | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| 84 Black River Road , | Camden | | SC | 29020 |
|---|---|---|---|---|
| Address | City | | State | Zip Code |

| 803-713-5134 | saundersm838@gmail.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2