UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN SAUNDERS,

                Plaintiff,

-against-

ROBERT A. CARDALI, *et al.*,

                Defendants.

24-CV-1905 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated March 20, 2024, the Court directed Plaintiff, within 30 days, to submit the signature page for his complaint and for his application to proceed *in forma pauperis* ("IFP application") because he did not sign either document. That order specified that failure to comply would result in dismissal of the complaint.

    On April 5, 2024, the Court received the signature page for Plaintiff's complaint but not for his IFP application. On May 2, 2024, the Court resent the March 20, 2024 order to Plaintiff. Because Plaintiff has not filed the signature page for his IFP application, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:   June 5, 2024
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                     Chief United States District Judge