UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN SAUNDERS,

                Plaintiff,

-against-

ROBERT A. CARDALI, et al.,

                Defendants.

24-CV-1905 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 5, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge