UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN SAUNDERS,

           Plaintiff,

-against-

ROBERT A. CARDALI; PARIS L. JASON;
DONTE MILLS; DEPARTMENT OF
CITYWIDE ADMINISTRATIVE SERVICES,

           Defendants.

24-CV-1905 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated November 15, 2024, the Court granted Plaintiff 30 days' leave to file an amended complaint. On December 11, 2024, and December 20, 2024, Plaintiff submitted letters (1) informing the court of his illness and (2) inquiring about the deadline to file his complaint. The Court construes these letters as a motion for an extension of time to file the amended complaint. The Court grants the motion. Plaintiff shall file his amended complaint on or before February 7, 2025.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 2, 2025
          New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                        Chief United States District Judge