UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN SAUNDERS,<br><br>                              Plaintiff,<br><br>-against-<br><br>ROBERT A. CARDALI; PARIS L. JASON;<br>DONTE MILLS; DEPARTMENT OF<br>CITYWIDE ADMINISTRATIVE SERVICES,<br><br>                              Defendants. | 24 CIVIL 1905 (LTS)<br><br>CIVIL JUDGMENT |

        For the reasons stated in the January 02, 2025, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 24, 2025
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                      Chief United States District Judge